# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> v. <br><br> Karinna Maury Hernandez (01) <br> Delilah Yamilett Lopez Moreno (02), | CASE NO.:   19-CR-4744-JLS <br><br> ORDER: <br><br> (1) CONTINUING MOTION HEARING; AND <br> (2) SET BRIEFING SCHEDULE |

**IT IS HEREBY ORDERED** that the Motion Hearing currently scheduled for March 12, 2021, be continued to May 14, 2021, at 2 p.m. and consolidated with the motion *in limine* hearing scheduled for May 14, 2021, at 2 p.m.

**IT IS FURTHER ORDERED** that the parties comply with the following briefing schedule:

- April 16: Substantive motions and motions *in limine* due
- April 30: Opposition briefs due

**IT IS FURTHER ORDERED** that time be excluded under 18 U.S.C. § 3161(h)(7) in the interests of justice for the reasons articulated in the parties' joint motion.

**SO ORDERED.**

Dated:  March 3, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge